**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                                          Case No. 8-18-bk-02887-CPM
                                                                                                Chapter 13
Duncan Lynn DeMull and
Arlean Teresa DeMull

      Debtors.
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**AND OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    1.      The Debtors' Petition for Relief to Chapter 13 was filed on April 11, 2018.

    2.      <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

    3.      It does not appear that the Debtors have dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).

        a. The Debtors must file an Amended Schedule J to show the correct amount for the following expenses:
           mortgage paid through Plan.

        b. Pursuant to the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases, Debtors shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtors is not required to file tax returns, Debtors shall provide Trustee with a statement to that effect.)  For each tax return that becomes due after the case is filed, Debtors shall provide a complete copy of the tax return; including business returns if Debtors owns a business, together with all related W-2's and Form 1099's to the Trustee within 14 days of  filing the return. Unless otherwise consented to by the Trustee or ordered by the Court, Debtors shall turn over to the Trustee all tax refunds in addition to regular Plan payments, beginning with the tax year <u>2018</u>. Debtors shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability.  **Debtors shall spend no tax refunds without first having obtained the Trustee's written consent or court approval.**

4. According to Schedules I and J, it does not appear that the Debtors have sufficient disposable income to fund the proposed Plan as required by 11 U.S.C. §1325(a)(6). An amended budget must be filed.

/s/ Sarah K. Olsen
Sarah K. Olsen, Esquire
Florida Bar No. 44714
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax: (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically and/or by First Class U.S. Mail to **Duncan Lynn DeMull and Arlean Teresa DeMull, Debtors**, 5005 12th Avenue South, Saint Petersburg, FL 33707, and **Kristina E. Feher, Esquire,** Feher Law, L.L.C., P.O. Box 55626, St. Petersburg, FL 33732, Attorney for Debtors, and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 15th day of June, 2018.

/s/ Sarah K. Olsen
Sarah K. Olsen, Esquire

JMW/SKO/phl